# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00712-CV

### In Re Leslie Ray Turner

### ORIGINAL PROCEEDING FROM SAN SABA COUNTY

### M E M O R A N D U M   O P I N I O N

On November 8, 2022, relator Leslie Ray Turner filed a petition for writ of mandamus asking this Court to compel the trial court to rule on his motion for DNA testing under Chapter 64 of the Code of Criminal Procedure and for the appointment of counsel to represent him in the proceeding. *See* Tex. Gov't Code Ann. § 22.221; Tex. Code Crim. Proc. arts. 64.01-05; *see also* Tex. R. App. P. 52.1. On November 21, 2022, the trial court filed with this Court a copy of an order signed on November 15, 2022, denying Turner's motion. Accordingly, we dismiss the petition as moot.

_____

Gisela Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: December 7, 2022